474 A.2d 651

Commonwealth v. Eaddy, Appellant.

Submitted November 4, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence is affirmed.